FLN (Rev. 3/2007) Deficiency Order                                                                                      Page 1 of 1
3:07cr60LAC - UNITED STATES OF AMERICA vs. MARQUES D. GRIMES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.3:07cr60LAC

MARQUES D. GRIMES

_____

## ORDER

Your document, **PRO SE MOTION TO WITHDRAW PLEA**, was referred to the undersigned with the following deficiencies:

>Pursuant to Local Rule 11.1(D), any party represented by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court.

For these reasons, IT IS ORDERED that:

_____     the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

_____     the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

XXX     the Clerk shall return the document to the filing party.

_____     Other:

DONE and ORDERED this 16th day of July, 2007.

                                                                s/*L.A. Collier*
                                                           Lacey A. Collier
                                        Senior United States District Judge