IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                        Case No.:        3:07cr60/LAC
                                                                                      3:08cv519/LAC/EMT

MARQUES D. GRIMES

_____/

# **O R D E R**

Defendant has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 67).

Initially, the court notes that Defendant failed to file his petition on the court-approved form for use in section 2255 cases.  Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a motion pursuant to section 2255 unless the appropriate form is properly completed and filed.  Thus, Defendant must file an amended motion on the proper form.  Defendant is advised that the amended motion must contain all of his allegations, and it should not in any way refer to the original pleading.  This is because an amended motion completely replaces all previous motions; and when an amended motion is filed, all earlier motions are disregarded.  Local Rule 15.1, Northern District of Florida.  Likewise, Defendant may, but is not required to, submit an accompanying memorandum of law which should not exceed 25 pages (*see* N.D. Fla. Loc. R. 5.1(J)(3)).

Additionally, the court notes that Defendant submitted numerous exhibits with his motion, many of which are medical records of the Defendant.  Defendant is advised that, ordinarily, confidential medical documents are filed under seal; therefore, the court will instruct the clerk to file under seal the medical records submitted by Defendant with his motion (*see* Doc. 67 at 35–95).  Defendant is further advised that, if he chooses to submit medical records with his amended motion,

the court will advise the clerk to seal those records.  Finally, in addition to the amended motion, Defendant shall submit an identical service copy, including the memorandum and/or exhibits, for service upon Plaintiff.

Accordingly, it is **ORDERED**:

1. The clerk shall **SEAL** the medical records attached by Defendant to his motion to vacate (Doc. 67 at 35–95).  Additionally, if Defendant submits medical records with his amended motion to vacate, the clerk shall place those documents under **SEAL**.

2. The clerk shall send Defendant a copy of the form for use in Section 2255 cases.  This case number and the words "Amended Motion" should be written on the form.

3. Defendant  shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to file an amended motion, which shall be typed or clearly written and submitted on the court form.  He shall also submit one identical service copy of the amended motion.

4. Defendant's failure to submit the amended motion within **THIRTY (30) DAYS** from the date of docketing of this order may result in a recommendation that his motion be denied.

**DONE AND ORDERED** this 5th day of December 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**